No. 92–172. COLORADO v. JONES. Sup. Ct. Colo. Motion of Attorney General of Colorado et al. for leave to file a brief as *amici curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–254. BRIGHT v. RUTGERS, STATE UNIVERSITY OF NEW JERSEY, ET AL. C. A. 3d Cir. Motion of petitioner for leave to file subsequent pleadings on letter size paper and other relief denied. Certiorari denied.

No. 92–304. NEW YORK STATE SCHOOL BOARDS ASSN. v. SOBOL, COMMISSIONER OF EDUCATION, ET AL. Ct. App. N. Y. Motion of National School Boards Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 92–5024. JACOBS v. SUPREME COURT OF MISSOURI. Sup. Ct. Mo. Motion of petitioner to expedite consideration of petition for writ of certiorari denied. Certiorari denied.

No. 92–5040. CASTRO v. NEW YORK CITY BOARD OF EDUCATION ET AL. C. A. 1st Cir. Certiorari before judgment denied.

No. 92–5385 (A–139). KING v. UNITED STATES. C. A. 6th Cir. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied. Certiorari denied.

No. 92–5718. DAVID v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. Sup. Ct. N. Y., County of New York. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 91–6572. LOWRY v. W. R. GRACE & CO. ET AL., 502 U. S. 1065;
No. 91–7424. GIBBS v. CLEMENTS FOOD CO., 503 U. S. 991;
No. 91–8077. FIELDS v. TENNESSEE, 504 U. S. 977;
No. 91–8094. POTTS v. GEORGIA, 505 U. S. 1224;
No. 91–8147. WHITE v. TEMPLE UNIVERSITY, 505 U. S. 1224;
No. 91–8239. SWENSKY v. MERIT SYSTEMS PROTECTION BOARD, 505 U. S. 1210;
No. 91–8243. CHAPPELL v. UNITED STATES, 504 U. S. 990;

No. 91–8281.  IN RE KWOH CHENG SUN, 504 U. S. 971; and

No. 91–8377.  GERALDO v. UNITED STATES, 505 U. S. 1211. Petitions for rehearing denied.

No. 91–1585.  THOMPSON ET VIR v. PEOPLES LIBERTY BANK ET AL., 504 U. S. 941; and

No. 91–1627.  MITCHELL ET UX., AS NEXT FRIENDS FOR MITCHELL, A MINOR v. METROPOLITAN LIFE INSURANCE CO., 504 U. S. 941.  Motions of petitioners for leave to proceed further herein *in forma pauperis* granted.  Petitions for rehearing denied.

No. 91–1673.  CONNORS v. HOWARD JOHNSON CO., 504 U. S. 916. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Motion for leave to file petition for rehearing denied.

No. 91–8421.  BUSH v. UNITED STATES, 505 U. S. 1227.  Motion of petitioner for leave to file petition for rehearing out of time denied.

OCTOBER 13, 1992

No. 91–7800.  CHEW-VILLASANA v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of the decision in *Texas* v. *Chew* (County Court of Duval County, Feb. 26, 1992).

No. 92–26.  REED v. DRUMMOND, TRUSTEE.  C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Patterson* v. Shumate, 504 U. S. 753 (1992).

No. 92–90.  VIRTUAL MAINTENANCE, INC. v. PRIME COMPUTER, INC.  C. A. 6th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Eastman Kodak Co.* v. *Image Technical Services., Inc.*, 504 U. S. 451 (1992).

No. 92–203.  ARKANSAS-PLATTE & GULF PARTNERSHIP v. DOW CHEMICAL CO. ET AL.  C. A. 10th Cir.  Certiorari granted,